IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINDA G. CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>) No. 3:12-cv-00306<br>) Judge Nixon<br>) Magistrate Judge Brown<br>)<br>)<br>)<br>) |

## ORDER

Pending before the Court is Defendant Costco Wholesale Corporation's Unopposed Motion to Continue Trial Date ("Motion"), requesting the Court continue the trial in this matter currently set to begin on July 30, 2013. (Doc. No. 63.) According to the Motion, the current trial date conflicts with a mandatory managers conference for Defendant's primary witness and corporate representative. (*Id.* at 1.) Defendant also states that it expects trial to take four to five days and that Plaintiff Linda G. Campbell does not oppose the Motion. (*Id.* at 2–3.) Accordingly, the Court **GRANTS** the Motion and **RESCHEDULES** trial for **October 1, 2013, at 9:00 a.m.** The pre-trial conference is reset for **Monday, September 23, 2013, at 10:00 a.m.**

It is so ORDERED.

Entered this 30th day of May, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT